Form 12 - Travel
D/NV Form
Rev. Mar. 2008

# United States District Court

## for

## the District of Nebraska

## REQUEST FOR TRAVEL OUTSIDE THE CONTIGUOUS UNITED STATES

**Name of Offender:** RICHARD FLEMING

Case Number: 4:07CR3005-001

Name of Sentencing Judicial Officer: Honorable Richard G. Kopf

Date of Original Sentence: August 20, 2009

Original Offense: Health Care Fraud

Original Sentence: Five Years Probation

Date Supervision Commenced: August 20, 2009

## SUMMARY

Richard Fleming resides with his family in Reno, Nevada, and is self-employed as a consultant. Fleming continues to pay monthly restitution payments of $200.00. He has been delinquent in child support payments.

Fleming is requesting travel to Toronto, Canada, to present at the Toronto International Pharmacy Conference 2012. Fleming is aware that travel outside the country requires the Court's approval. The Probation Office does not object to this travel request for September 24, 2012, through September 30, 2012, as it appears to be for business and/or employment purposes. Please indicate the Court's approval or disapproval below.

Respectfully submitted,

MICHELLE WOLFE
United States Probation Officer

Form 12 - Travel
D/NV Form
Rev. Mar. 2008

RE: **RICHARD FLEMING**

APPROVED:

## THE COURT ORDERS:

__x__ Requested Travel is Approved

_____ Requested Travel is Denied

_____ Other

s/ **Richard G. Kopf, Senior U.S. District Judge**
Signature of Judicial Officer  for the District of Nebraska

_August 27, 2012_
Date